

SARGENT'S PERSONNEL AGENCY, INC.

EMPLOYEE: GORDON, T

PAY RATE1: 9.250  HW
PAY RATE2: 0.000  HW

PERIOD END: 11/17/2019

| EARNINGS | HOURS | AMOUNT | YTD |
|---|---|---|---|
| Regular | 31.50 | 291.38 | 291.38 |

| DEDUCTION | AMOUNT | YTD |
|---|---|---|
| FICA | 18.07 | 18.07 |
| Medicare | 4.23 | 4.23 |
| PA State W/H | 8.95 | 8.95 |
| PA Emple SUI | 0.17 | 0.17 |
| COM Local W/H | 2.91 | 2.91 |
| LST | 3.00 | 3.00 |

TOTAL DEDUCT: 37.33   37.33

GROSS EARNINGS: 291.38
NET EARNINGS: 254.05

```
Name    WENDY GORDON                          Rate  2,323.080       Check No.
F*****0                              Document Status  SALARIED
Dept-*****                                  DEP S/F  S  00/01       Check Date   11/22/19
Hrs Rem  Type          Days   Cur Earn    YTD Earn   Deduction   Current    YTD Ded
         REGULAR       8.86    2323.08    54593.33   SOC SEC      204.82    3424.99
         SUPPLEMENT            1030.37     1898.37   MEDICARE      47.90     801.00
                                                     FEDERAL      257.18    5189.39
                                                     STATE TAX    101.42    1695.94
                                                     PA UC TAX      2.01      33.82
                                                     LOCAL EIT     33.03     552.44
                                                     LST ADAMS      2.00      48.00
                                                     RETIREMENT   251.51    4236.86
                                                     403B SECBN    55.00    1210.00
                                                     F.H.E.A.      35.35     731.93
                                                     CRED.UNION   140.00    3360.00
                                                     HEALTH SAV    50.00    1250.00
                                                     DEP-CHKING  2173.23   33957.33




         * Gross *             3353.45    56491.70   ** Net **       .00        .00
```

FOREST HILLS SCHOOL

11/22/19                                     *************

WENDY GORDON
1260 SEESETOWN ROAD                                        ** VOID **
SIDMAN PA 15955                                            ** VOID **
                                                           ** VOID **
                                                           ** VOID **
                                                           ** VOID **

```
Name   WENDY GORDON                              Rate     2,323.080   Check No.    9######
                                                 Status   SALARIED
Dept--######                                     DEP S/F  S    00/01  Check Date   10/11/19
-------------------------------------------------------------------------------------------
Hrs Rem  Type          Days    Cur Earn    YTD Earn    Deduction    Current    YTD Ded
         REGULAR       8.86    2323.08     47624.09    SOC SEC       140.93    2938.31
         SUPPLEMENT                          868.00    MEDICARE       32.96     687.19
                                                       FEDERAL      222.67    4486.87
                                                       STATE TAX     69.78    1454.96
                                                       PA UC TAX      1.39      29.03
                                                       LOCAL EIT     22.73     473.95
                                                       LST ADAMS      2.00      42.00
                                                       RETIREMENT   174.23    3636.89
                                                       403B SECBN    55.00    1045.00
                                                       F.H.E.A.      35.30     625.88
                                                       CRED.UNION   140.00    2940.00
                                                       HEALTH SAV    50.00    1100.00
                                                       DEP-CHKING  1376.09   29032.01




   * Gross *           2323.08   48492.09   ** Net **      .00           .00




                                               10/11/19          *************



 WENDY GORDON                                                         ** VOID **
 1260 SEESETOWN ROAD                                                  ** VOID **
 SIDMAN PA 15955                                                      ** VOID **
                                                                      ** VOID **
                                                                      ** VOID **
```

```
Name    WENDY GORDON                            Rate   2,323.080    Check No.
                                                Status SALARIED
Dept-                                           DEP S/F  S  00/01   Check Date    9/27/19
Hrs Rem  Type         Days   Cur Earn   YTD Earn    Deduction   Current   YTD Ded
         REGULAR      8.86   2323.08    45301.01    SOC SEC      140.93   2797.38
         SUPPLEMENT                       868.00    MEDICARE      32.96    654.23
                                                    FEDERAL      222.67   4264.20
                                                    STATE TAX     69.78   1385.18
                                                    PA UC TAX      1.39     27.64
                                                    LOCAL EIT     22.73    451.22
                                                    LST ADAMS      2.00     40.00
                                                    RETIREMENT   174.23   3462.66
                                                    403B SECBN    55.00    990.00
                                                    F.H.E.A.                590.58
                                                    CRED.UNION   140.00   2800.00
                                                    HEALTH SAV    50.00   1050.00
                                                    DEP-CHKING  1411.39  27655.92


  * Gross *           2323.08    46169.01    ** Net **       .00        .00
```

9/27/19                                         *************

WENDY GORDON                                    ** VOID **
1260 SEESETOWN ROAD                             ** VOID **
SIDMAN PA 15955                                 ** VOID **
                                                ** VOID **
                                                ** VOID **

```
Name   WENDY GORDON                       Rate   2,323.080    Check No.
                                          Status    SALARIED
Dept-                                     DEP S/F   S  00/01   Check Date    9/13/19
Hrs Rem Type         Days    Cur Earn   YTD Earn   Deduction    Current    YTD Ded
        REGULAR      8.86    2323.08    42977.93   SOC SEC       140.93    2656.45
        SUPPLEMENT                        868.00   MEDICARE       32.96     621.27
                                                   FEDERAL       222.67    4041.53
                                                   STATE TAX      69.78    1315.40
                                                   PA UC TAX       1.39      26.25
                                                   LOCAL EIT      22.73     428.49
                                                   LST ADAMS       2.00      38.00
                                                   RETIREMENT    174.23    3288.43
                                                   403B SECBN     55.00     935.00
                                                   F.H.E.A.                 590.58
                                                   CRED.UNION    140.00    2660.00
                                                   HEALTH SAV     50.00    1000.00
                                                   DEP-CHKING   1411.39   26244.53



   * Gross *          2323.08    43845.93   ** Net **        .00           .00
```

9/13/19                                  ************

WENDY GORDON                                          ** VOID **
1260 SEESETOWN ROAD                                   ** VOID **
SIDMAN PA 15955                                       ** VOID **
                                                      ** VOID **
                                                      ** VOID **