**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : Case No. 19-70728-JAD |
| **Timothy E. Gordon and** | : |
| **Wendy A. Gordon,** | : Chapter 13 |
| **Debtors** | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 12th day of December, 2019, a true and correct copy of the Order dated December 11, 2019, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> FOREST HILLS SCHOOL DISTRICT
> P.O. BOX 158
> SIDMAN, PA 15955
>
> TIMOTHY E. GORDON
> WENDY A. GORDON
> 1260 SEESETOWN ROAD
> SIDMAN, PA 15955

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>December 12, 2019</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470