# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 19-70728-JAD** |
| **Timothy E. Gordon and** | : | |
| **Wendy A. Gordon,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | |

## CERTIFICATE OF SERVICE OF
## AMENDED SCHEDULE B AND SCHEDULE C

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 25th day of February, 2020, a true and correct copy of the Amended Schedule B and Amended Schedule C dated February 20, 2020, along with a copy of the Order dated February 24, 2020, on all creditors on the Court's Mailing Matrix by First-Class Mail. U.S. Postage paid.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: <u>February 25, 2020</u> | /s/ Jessica L. Tighe |
| | Jessica L. Tighe; Legal Asst. |
| | Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |

_____

*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 19-70728-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Feb 20 09:55:28 EST 2020 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | Cbw Schools Fcu<br>460 Locust St.<br>Sidman, PA 15955 | FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim, CA 92809-0112 |
| Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | Kinum<br>2133 Upton Dr<br>Virginia Beach, VA 23454-1193 | Nationstar Mortgage LLC dba Mr. Cooper<br>P.O. Box 619096<br>Dallas, TX 75261-9096 |
| Nationstar/mr Cooper<br>350 Highland<br>Houston, TX 77009-6623 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Onemain<br>Po Box 1010<br>Evansville, IN 47706-1010 | Penelec<br>101 Crawford's Corner Rd.<br>Bldg 1, Ste 1-511<br>Holmdel, NJ 07733-1976 | Penelec<br>76 S. Main Street A-RPC<br>Akron, OH 44308-1812 |
| Portfolio Recov Assoc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | VAK M100 Fund, LLC.<br>224 E. Jericho Turnpike<br>South Huntington, NY 11746-7304 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Timothy E Gordon<br>1260 Seesetown Road<br>Sidman, PA 15955-4714 |
| Wendy A Gordon<br>1260 Seesetown Road<br>Sidman, PA 15955-4714 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AmeriCredit Financial Services, Inc.        Portfolio Recovery Associates, LLC
dba GM Financial                             POB 12914
P O Box 183853                               Norfolk VA 23541
Arlington, TX 76096
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Nationstar Mortgage LLC d/b/a Mr. Cooper    (d)ONEMAIN                      End of Label Matrix
                                               P.O. Box 3251                   Mailable recipients   24
                                               Evansville, In. 47731-3251      Bypassed recipients    2
                                                                               Total                 26
```