# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70728-JAD |
| **Timothy E. Gordon and** | : | |
| **Wendy A. Gordon,** | : | Chapter 13 |
| **Debtors** | : | |
| **Timothy E. Gordon and** | : | |
| **Wendy A. Gordon,** | : | |
| **Movant** | : | |
| v. | : | |
| **FCI Lender Services,** | : | |
| **Respondent** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

## **CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Loss Mitigation Order dated March 17, 2020, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>March 19, 2020</u>    /s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536-7470
Fax: 814.536-9924

# MATRIX OF PARTIES SERVED

VAK M100 Fund, LLC (FCI Lender Services)
Attn: Evan Miller
224 E. Jericho Turnpike
South Huntington, NY 11746

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Timothy E. Gordon
Wendy A. Gordon
1260 Seesetown Road
Sidman, PA 15955