# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70728-JAD |
| Timothy E. Gordon and | : | |
| Wendy A. Gordon, | : | Chapter 13 |
| Debtors | : | |
| Timothy E. Gordon and | : | Related to Docket No. 29 |
| Wendy A. Gordon, | : | |
| Movant | : | |
| v. | : | |
| FCI Lender Services, | : | |
| Respondent | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## LOSS MITIGATION ORDER

A *Motion for Loss Mitigation* was filed by *Debtors* on February 26, 2020. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this 17th day of March, 20 20, it is hereby **ORDERED** that:

(1)     The following parties are directed to participate in the Court's **Loss Mitigation Program (LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

  Debtors:     Timothy E. Gordon and Wendy A. Gordon

  Creditor:     FCI Lender Services

(2)     **During the Loss Mitigation Period**, the Debtors shall make (or cause to be made) adequate protection payments in the amount of $ $284.56 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)     **Within fourteen (14) days from the entry of this Order**, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)     **Within seven (7) days from the entry of this Order** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)     **Within fourteen (14) days of the debtors' submission of the Core LMP Package**, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)     **Within sixty (60) days from the entry of this Order**, the Debtors shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)    **One hundred twenty (120) days from the entry of this Order,** the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)    **Within seven (7) days of the termination of the Loss Mitigation Period**, the Debtors shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)    Debtors shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

FILED
3/17/20 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy E Gordon  
Wendy A Gordon  
        Debtors

Case No. 19-70728-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: dpas      Page 1 of 1      Date Rcvd: Mar 17, 2020  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.  
db/jdb         +Timothy E Gordon,    Wendy A Gordon,    1260 Seesetown Road,    Sidman, PA 15955-4714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:  
         James    Warmbrodt     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper  
          bkgroup@kmllawgroup.com  
         Kenneth P. Seitz     on behalf of Debtor Timothy E Gordon thedebterasers@aol.com  
         Kenneth P. Seitz     on behalf of Joint Debtor Wendy A Gordon thedebterasers@aol.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                            TOTAL: 5