FILED
4/17/20 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70728-JAD |
| **Timothy E. Gordon and** | : | |
| **Wendy A. Gordon,** | : | Chapter 13 |
| **Debtors** | : | |
| **Timothy E. Gordon and** | : | Docket No. |
| **Wendy A. Gordon,** | : | |
| **Movant** | : | Related to Docket No. 38 |
| **v.** | : | |
| **FCI Lender Services,** | : | |
| **Respondent** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

### ORDER

**AND NOW** on this __17th__ day of __April__, 2020, upon consideration of the within Motion, and for good cause shown, it is hereby ORDERED AND DIRECTED as follows:

1. The Debtors' Motion for Status Conference is granted.

2. A Status Conference is schedule for the __29th__, day of __May__, 2020, at 11:00 AM **

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

**
REMINDER DUE TO THE COVID-19 CRISIS, ALL HEARINGS SHALL BE CONDUCTED TELEPHONICALLY ABSENT FURTHER ORDER OF COURT

Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later then twenty-four (24) hours prior to a scheduled hearing. All parties and counsel are directed to consult the Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller at www.pawb.uscourts.gov for a detailed description of the mechanics and rules of conduct regarding telephonic hearings

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-70728-JAD
Timothy E Gordon                                                    Chapter 13
Wendy A Gordon
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dpas              Page 1 of 1              Date Rcvd: Apr 17, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.
db/jdb        +Timothy E Gordon,   Wendy A Gordon,   1260 Seesetown Road,   Sidman, PA 15955-4714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      Kenneth P. Seitz    on behalf of Debtor Timothy E Gordon thedebterasers@aol.com
      Kenneth P. Seitz    on behalf of Joint Debtor Wendy A Gordon thedebterasers@aol.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 5