## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 19-70728-JAD |
| Timothy E. Gordon and : | |
| Wendy A. Gordon, : | Chapter 13 |
| Debtors : | |
| Timothy E. Gordon and : | |
| Wendy A. Gordon, : | |
| Movant : | |
| v. : | |
| FCI Lender Services, : | |
| Respondent : | |
| Ronda J. Winnecour, Esquire, : | |
| Chapter 13 Trustee, : | |
| Additional Respondent : | |

### CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Order Scheduling Status Conference dated April 17, 2020, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>April 20, 2020</u>        /s/ Jessica L. Tighe
                                    Jessica L. Tighe; Legal Asst.
                                    Law Offices of Kenny P. Seitz
                                    P.O. Box 211
                                    Ligonier, PA 15658
                                    Tel: 814.536-7470
                                    Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

VAK M100 Fund, LLC (FCI Lender Services)
Attn: Evan Miller
224 E. Jericho Turnpike
South Huntington, NY 11746

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Timothy E. Gordon
Wendy A. Gordon
1260 Seesetown Road
Sidman, PA 15955