IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70728-JAD |
| Timothy E. Gordon and | : | |
| Wendy A. Gordon, | : | Chapter 13 |
|     Debtors | : | |
| | : | Docket No. |
| Timothy E. Gordon and | : | |
| Wendy A. Gordon, | : | Related to Docket No. 45 and 39 |
|     Movants | : | |
| | : | Hearing Date & Time: May 29, 2020 |
| v. | : | 11:00 AM |
| | : | |
| FCI Lender Services, | : | |
|     Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |

## ORDER

AND NOW, this __15th__ day of May, 2020, upon the Motion to Withdraw the Motion for Status Conference, it is hereby ORDERED and DECREED that the Motion to Withdraw the Motion for Status Conference is hereby WITHDRAWN and the hearing scheduled for Friday, May 29, 2020 at 11:00 AM is hereby CANCELLED.

BY THE COURT:

_____jsf
Jeffery A. Deller,
United States Bankruptcy Judge

FILED
5/15/20 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy E Gordon  
Wendy A Gordon  
       Debtors

Case No. 19-70728-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: bsil     Page 1 of 1     Date Rcvd: May 15, 2020  
                   Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.
```
db/jdb         +Timothy E Gordon,    Wendy A Gordon,    1260 Seesetown Road,    Sidman, PA 15955-4714
15165711       +FCI Lender Services, Inc.,    P.O. Box 27370,    Anaheim, CA 92809-0112
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:
```
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Timothy E Gordon thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Wendy A Gordon thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```
                                                                                           TOTAL: 5