**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 19-70728-JAD** |
| **Timothy E. Gordon and** | : | |
| **Wendy A. Gordon,** | : | **Chapter 13** |
|         **Debtors** | : | |
| | : | |
| **Timothy E. Gordon and** | : | |
| **Wendy A. Gordon,** | : | |
|         **Movants** | : | |
| | : | |
|         **v.** | : | |
| | : | |
| **FCI Lender Services,** | : | |
|         **Respondent** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|         **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE MOTION TO WITHDRAW**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 18th day of May, 2020, a true and exact copy of the Order Withdrawing the Motion for Status Conference dated May 15, 2020, on all of the creditors on the attached mailing matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>May 18, 2020</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

## **MATRIX**

VAK M100 Fund, LLC (FCI Lender Services)
Attn: Evan Miller
224 E. Jericho Turnpike
South Huntington, NY 11746

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Timothy E. Gordon
Wendy A. Gordon
1260 Seesetown Road
Sidman, PA 15955