## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70728-JAD |
| Timothy E. Gordon and | : | |
| Wendy A. Gordon, | : | Chapter 13 |
| Debtors | : | |
| Timothy E. Gordon and | : | Docket No. |
| Wendy A. Gordon, | : | |
| Movant | : | Related to Docket No. 50 |
| v. | : | |
| FCI Lender Services, | : | |
| Respondent | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

FILED
6/8/20 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER

**AND NOW,** on this __8th__ day of __June__, 2020, upon consideration of the within Motion to Approve Loan Modification Agreement, it is hereby ORDERED and DECREED as follows:

1. The Loan Modification Agreement between the Debtors and FCI Lender Services is approved.

2. The terms of the modification are as follows:

    a. The maturity date for the loan will be June 1, 2029.

    b. The new principal balance will be Thirty-One Thousand Six Hundred Seventy-Four Dollars and forty-six cents ($31,674.46).

    c. Any arrears and/or past due amounts have been included in the new principal balance.

    d. The monthly payment will be Three Hundred Seventy Dollars and three cents ($370.03). The monthly payment includes the principal and interest payment. The interest rate will be 6.00%. This payment will be in place for one hundred eight months (108) months. The first payment will be due June 1, 2020.

3. An amended Chapter 13 Plan shall be filed within thirty (30) days from the date of this Order incorporating the terms of the loan modification agreement.

_____
Jeffery A. Deller    jsf
United States Bankruptcy Judge