# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70728-JAD |
| **Timothy E. Gordon and** | : | |
| **Wendy A. Gordon,** | : | Chapter 13 |
| Debtors | : | |
| **Timothy E. Gordon and** | : | Docket No. |
| **Wendy A. Gordon,** | : | |
| Movant | : | Related to Docket No. 50 |
| v. | : | |
| **FCI Lender Services,** | : | |
| Respondent | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

FILED
6/8/20 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER

**AND NOW,** on this __8th__ day of __June__, 2020, upon consideration of the within Motion to Approve Loan Modification Agreement, it is hereby ORDERED and DECREED as follows:

1. The Loan Modification Agreement between the Debtors and FCI Lender Services is approved.

2. The terms of the modification are as follows:

    a. The maturity date for the loan will be June 1, 2029.

    b. The new principal balance will be Thirty-One Thousand Six Hundred Seventy-Four Dollars and forty-six cents ($31,674.46).

    c. Any arrears and/or past due amounts have been included in the new principal balance.

    d. The monthly payment will be Three Hundred Seventy Dollars and three cents ($370.03). The monthly payment includes the principal and interest payment. The interest rate will be 6.00%. This payment will be in place for one hundred eight months (108) months. The first payment will be due June 1, 2020.

3. An amended Chapter 13 Plan shall be filed within thirty (30) days from the date of this Order incorporating the terms of the loan modification agreement.

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-70728-JAD
Timothy E Gordon                                                        Chapter 13
Wendy A Gordon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dpas              Page 1 of 1              Date Rcvd: Jun 08, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.
db/jdb         +Timothy E Gordon,    Wendy A Gordon,   1260 Seesetown Road,    Sidman, PA 15955-4714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Timothy E Gordon thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Joint Debtor Wendy A Gordon thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5