# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** TIMOTHY E & WENDY A GORDON
- **Case Number:** 19-70728-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 11, 2020 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#12 - Final Confirmation of Plan Dated 12/10/19 (NFC)
R / M #: 12 / 0

### Appearances:

Seitz

Debtor:
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

FILED
6/24/20 1:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to ___   _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by **6-26-20**.
   Objections are due on or before **7-17-20**.
   A hearing on the Amended Plan is set for **8-13-20** at **10:30**.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

continue for LMP

6/2/2020   12:47:37PM