# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :
                                                        : Case No. 19-70728-JAD
   **Timothy E. Gordon and**                          :
   **Wendy A. Gordon,**                               : Chapter 13
         **Debtors**                             :
                                                        :

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 30th day of June, 2020, a true and correct copy of the Order dated June 29, 2020, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

        FOREST HILLS SCHOOL DISTRICT
        P.O. BOX 158
        SIDMAN, PA 15955

        TIMOTHY E. GORDON
        WENDY A. GORDON
        1260 SEESETOWN ROAD
        SIDMAN, PA 15955

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: June 30, 2020

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470