# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70728-JAD |
| Timothy E. Gordon and | : | |
| Wendy A. Gordon, | : | Chapter 13 |
| Debtors | : | |
| Timothy E. Gordon and | : | |
| Wendy A. Gordon, | : | |
| Movant | : | |
| v. | : | |
| Nationstar Mortgage, LLC d/b/a | : | |
| Mr. Cooper, | : | |
| Respondent | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Order Extending the Loss Mitigation Period dated July 27, 2020, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>July 28, 2020</u>          /s/ Jessica L. Tighe
                                     Jessica L. Tighe; Legal Assistant
                                     Law Offices of Kenny P. Seitz
                                     P.O. Box 211
                                     Ligonier, PA 15658
                                     Tel: 814.536-7470
                                     Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Nationstar Mortgage, LLC dba Mr. Cooper
Attn: Kristi Berry
P.O. Box 619096
Dallas, TX 75261-9741

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Timothy E. Gordon
Wendy A. Gordon
1260 Seesetown Road
Sidman, PA 15955