**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Timothy E. Gordon and** | : | |
| **Wendy A. Gordon,** | : | **Chapter 13** |
| **Debtors** | : | |
| **Timothy E. Gordon and** | : | **Docket No.** |
| **Wendy A. Gordon,** | : | |
| **Movant** | : | **Related to Docket No. 63** |
| **v.** | : | |
| **Nationstar Mortgage, LLC d/b/a** | : | |
| **Mr. Cooper,** | : | |
| **Respondent** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Additional Respondent** | : | |

Bankruptcy No. 19-70728-JAD

### ORDER

     A *Loss Mitigation Order* dated <u>March 17, 2020</u>, was entered in the above matter at Document

No. <u>32</u>.  On <u>March 23, 2020</u>, a ***Motion to Extend the Loss Mitigation Period*** was filed by the Debtors,

<u>Timothy E. Gordon and Wendy A. Gordon</u> at Document No.<u>63</u>.

     ***AND NOW***, this<u> 27th </u>day of<u>   July   </u>, 20<u> 20 </u>, it is hereby ***ORDERED,***

***ADJUDGED AND DECREED*** that the loss mitigation period is ***extended up to and including***

<u>August 27  </u>, *20* <u> 20  </u>.

FILED
7/27/20 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

<u>                   jsf </u>
Jeffery A. Deller
United States Bankruptcy Judge

PAWB Local Form 43 (04/14)                                                                Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70728-JAD
Timothy E Gordon                                                          Chapter 13
Wendy A Gordon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dpas             Page 1 of 1              Date Rcvd: Jul 27, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2020.
db/jdb         +Timothy E Gordon,    Wendy A Gordon,   1260 Seesetown Road,   Sidman, PA 15955-4714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Timothy E Gordon thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Joint Debtor Wendy A Gordon thedebterasers@aol.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 5