# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| Debtor: | TIMOTHY E & WENDY A GORDON |
| Case Number: | 19-70728-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 13, 2020 10:30 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/26/20 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#58 - Amended Plan Dated 6/26/2020 (NFC)
R / M #:  58 / 0

### Appearances:

Debtor: _Seitz_
Trustee: **Winnecour** / Pail / Katz / DeSimone
Creditor:

### Proceedings:

Outcome: _Continued_

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **12-3-20** at **11:30 AM**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/7/2020    4:38:19PM

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania

In re:                                                       Case No. 19-70728-JAD
Timothy E Gordon                                             Chapter 13
Wendy A Gordon
        Debtors                     CERTIFICATE OF NOTICE

District/off: 0315-7          User: jfur              Page 1 of 2      Date Rcvd: Aug 26, 2020
                              Form ID: pdf900         Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db/jdb         +Timothy E Gordon,    Wendy A Gordon,    1260 Seesetown Road,    Sidman, PA 15955-4714
15165710        Cbw Schools Fcu,    460 Locust St.,    Sidman, PA 15955
15165711       +FCI Lender Services, Inc.,    P.O. Box 27370,    Anaheim, CA 92809-0112
15191458       +Nationstar Mortgage LLC dba Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
15165714       +Nationstar/mr Cooper,   350 Highland,    Houston, TX 77009-6623
15165716       +Penelec,   76 S. Main Street A-RPC,    Akron, OH 44308-1812
15195521       +Penelec,   101 Crawford's Corner Rd.,    Bldg 1, Ste 1-511,    Holmdel, NJ 07733-1976
15192167       +VAK M100 Fund, LLC.,    224 E. Jericho Turnpike,    South Huntington, NY 11746-7304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 27 2020 05:01:04
                 Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
                 Arlington, TX 76096-3853
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:06:57
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15172771        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 27 2020 05:01:04
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
15165712       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 27 2020 05:01:04       Gm Financial,
                 Po Box 181145,    Arlington, TX 76096-1145
15165713       +E-mail/Text: admin@kinum.com Aug 27 2020 05:03:19       Kinum,    2133 Upton Dr,
                 Virginia Beach, VA 23454-1193
15177518       +E-mail/PDF: cbp@onemainfinancial.com Aug 27 2020 05:04:24       ONEMAIN,    P.O. Box 3251,
                 Evansville, In. 47731-3251
15165715       +E-mail/PDF: cbp@onemainfinancial.com Aug 27 2020 05:05:27       Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
15180211        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:05:01
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15165717       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 27 2020 05:06:54
                 Portfolio Recov Assoc,   120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
15188634        E-mail/Text: bnc-quantum@quantum3group.com Aug 27 2020 05:01:31
                 Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
15166322       +E-mail/PDF: gecsedi@recoverycorp.com Aug 27 2020 05:06:31       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15193427        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 27 2020 05:05:06       Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
15257418*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   Americredit Financial Services, Inc.,    Dba GM Financial,
                 P.O Box 183853,    Arlington, TX 76096)
15179667*       ONEMAIN,   P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
                                                                           TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-7              User: jfur                    Page 2 of 2                  Date Rcvd: Aug 26, 2020
                                  Form ID: pdf900               Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
          James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Timothy E Gordon thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Joint Debtor Wendy A Gordon thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```