# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70728-JAD |
| **Timothy E. Gordon and** | : | |
| **Wendy A. Gordon,** | : | Chapter 13 |
| Debtors | : | |
| **Timothy E. Gordon and** | : | Docket No. |
| **Wendy A. Gordon,** | : | |
| Movant | : | Related to Docket No. 68 |
| v. | : | |
| **Nationstar Mortgage, LLC d/b/a** | : | |
| **Mr. Cooper,** | : | |
| Respondent | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

FILED
9/10/20 2:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER

A *Loss Mitigation Order* dated March 17, 2020, was entered in the above matter at Document No. 32. On August 27, 2020, a ***Motion to Extend the Loss Mitigation Period*** was filed by the Debtors, Timothy E. Gordon and Wendy A. Gordon at Document No. 68.

*AND NOW*, this 10th day of September, 20 20, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* October 16, 20 20.

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-70728-JAD
Timothy E Gordon                                                          Chapter 13
Wendy A Gordon
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dpas              Page 1 of 1           Date Rcvd: Sep 10, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.
db/jdb         +Timothy E Gordon,    Wendy A Gordon,    1260 Seesetown Road,    Sidman, PA 15955-4714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2020 at the address(es) listed below:
              James     Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kenneth P. Seitz     on behalf of Debtor Timothy E Gordon thedebterasers@aol.com
              Kenneth P. Seitz     on behalf of Joint Debtor Wendy A Gordon thedebterasers@aol.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5