# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 19-70728-JAD |
| **Timothy E. Gordon and** : | |
| **Wendy A. Gordon,** : | Chapter 13 |
| Debtors : | |
| **Timothy E. Gordon and** : | |
| **Wendy A. Gordon,** : | |
| Movant : | |
| v. : | |
| **Nationstar Mortgage, LLC d/b/a** : | |
| **Mr. Cooper,** : | |
| Respondent : | |
| **Ronda J. Winnecour, Esquire,** : | |
| **Chapter 13 Trustee,** : | |
| Additional Respondent : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I electronically served the Interim Mortgage Modification Order dated October 26, 2020, on the Chapter 13 Trustee at the following e-mail address: LMP@chapter13trusteewdpa.com.

Date: October 27, 2020            /s/ Jessica L. Tighe
                                  Jessica L. Tighe; Legal Assistant
                                  Law Offices of Kenny P. Seitz
                                  P.O. Box 211
                                  Ligonier, PA 15658
                                  Tel: 814.536-7470
                                  Fax: 814.536-9924