# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Bankruptcy No. 19-70728-JAD |
| **Timothy E. Gordon and** : | |
| **Wendy A. Gordon,** : | Chapter 13 |
| Debtors : | |
| **Timothy E. Gordon and** : | |
| **Wendy A. Gordon,** : | |
| Movant : | |
| v. : | |
| **Nationstar Mortgage, LLC d/b/a** : | |
| **Mr. Cooper,** : | |
| Respondent : | |
| **Ronda J. Winnecour, Esquire,** : | |
| **Chapter 13 Trustee,** : | |
| Additional Respondent : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Interim Mortgage Modification Order dated October 26, 2020, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>October 27, 2020</u>  /s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536-7470
Fax: 814.536-9924

**MATRIX OF PARTIES SERVED**

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Nationstar Mortgage, LLC dba Mr. Cooper
Attn: Kristi Berry; Loss Mitigation
P.O. Box 619096
Dallas, TX 75261-9741

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219

Timothy E. Gordon
Wendy A. Gordon
1260 Seesetown Road
Sidman, PA 15955