# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** TIMOTHY E & WENDY A GORDON
- **Case Number:** 19-70728-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 17, 2020  11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

58- Amended Plan Dated 6/26/20 -NFC
R / M #:  0 / 0

**Appearances:**

- Debtor: _Seitz_   _LMP_  _Gordon_
- Trustee: Winnecour / Pail / **Katz** / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____ effective _____.
7. ✓ Plan/Motion continued to **3/25/21** at **11:30 AM**
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

FILED
12/22/20 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

12/11/2020  7:50:56AM