IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **Timothy E. Gordon and** | : | **Bankruptcy No. 19-70728-JAD** |
| **Wendy A. Gordon,** | : | **Chapter 13** |
| Debtors | : | |
| **Timothy E. Gordon and** | : | **Docket No.** |
| **Wendy A. Gordon,** | : | |
| Movant | : | **Related to Docket No. 87** |
| v. | : | |
| **Nationstar Mortgage, LLC d/b/a** | : | |
| **Mr. Cooper,** | : | |
| Respondent | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

### ORDER

A *Loss Mitigation Order* dated March 17, 2020, was entered in the above matter at Document No. 32. On February 23, 2021, a ***Motion to Extend the Loss Mitigation Period*** was filed by the Debtors, Timothy E. Gordon and Wendy A. Gordon at Document No. 87.

AND NOW, this  5th  day of   March   , 20 21 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* May 5 , 20  21 .

jsf

_____
Jeffery A. Deller
United States Bankruptcy Judge

FILED
3/5/21 12:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

PAWB Local Form 43 (04/14)                                                                                                   Page 1 of 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Timothy E Gordon  
Wendy A Gordon  
    Debtors

Case No. 19-70728-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: dpas      Page 1 of 2  
Date Rcvd: Mar 05, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy E Gordon, Wendy A Gordon, 1260 Seesetown Road, Sidman, PA 15955-4714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

Kenneth P. Seitz  
    on behalf of Debtor Timothy E Gordon thedebterasers@aol.com

Kenneth P. Seitz  
    on behalf of Joint Debtor Wendy A Gordon thedebterasers@aol.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
    cmecf@chapter13trusteewdpa.com

District/off: 0315-7 User: dpas Page 2 of 2
Date Rcvd: Mar 05, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5