## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| **Timothy E. Gordon and** | : | |
| **Wendy A. Gordon,** | : | **Bankruptcy No. 19-70728-JAD** |
| Debtors | : | **Chapter 13** |
| | : | |
| | : | **Docket No.** |
| **Timothy E. Gordon and** | : | |
| **Wendy A. Gordon,** | : | **Related to Docket No. 92** |
| Movant | : | |
| | : | **Hearing Date & Time: May 12, 2021** |
| v. | : | 11:00 AM |
| | : | |
| **Nationstar Mortgage, LLC d/b/a** | : | |
| **Mr. Cooper,** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

### ORDER

**AND NOW,** on this __10th__ day of __May__, 2021, upon consideration of the within Motion to Approve Loan Modification Agreement, it is hereby ORDERED and DECREED as follows:

1. The Loan Modification Agreement between the Debtors and Nationstar Mortgage, LLC d/b/a Mr. Cooper is approved.

2. The terms of the modification are as follows:

    a. The maturity date for the loan will be April 1, 2061.

    b. The new principal balance will be Sixty-One Thousand Seven Hundred Eighty-Two Dollars and forty cents ($61,782.40).

    c. Any arrears and/or past due amounts have been included in the new principal balance.

    d. The monthly payment will be Four Hundred Fifty-Nine Dollars and forty-five cents ($459.45). The monthly payment includes the principal and interest payment in the amount of Two Hundred Sixty-Three Dollars and four cents ($263.04). The monthly payment also includes the escrow payment of One Hundred Ninety-Six Dollars and forty-one cents ($196.41).

  e. The interest rate will be 4.125%.

  f. This payment will be in place for four hundred eighty months (480) months.

  g. The first payment will be due May 1, 2021.

3. An amended Chapter 13 Plan shall be filed within thirty (30) days from the date of this Order incorporating the terms of the loan modification agreement.

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

FILED
5/10/21 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70728-JAD |
| Timothy E Gordon | Chapter 13 |
| Wendy A Gordon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 1 of 1 |
| Date Rcvd: May 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Timothy E Gordon, Wendy A Gordon, 1260 Seesetown Road, Sidman, PA 15955-4714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Timothy E Gordon thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Wendy A Gordon thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5