# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :
                                                 : Case No. 19-70728-JAD
**Timothy E. Gordon and**                        :
**Wendy A. Gordon,**                             : Chapter 13
      **Debtors**   :
                                                 :

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 23rd day of June, 2021, a true and correct copy of the Order dated June 22, 2021, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> FOREST HILLS SCHOOL DISTRICT
> P.O. BOX 158
> SIDMAN, PA 15955
>
> TIMOTHY E. GORDON
> WENDY A. GORDON
> 1260 SEESETOWN ROAD
> SIDMAN, PA 15955

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>June 23, 2021</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470