# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                :
                                                      : Case No. 19-70728-JAD
**Timothy E. Gordon and**                             :
**Wendy A. Gordon,**                                  : Chapter 13
        **Debtors**     :
                                                      :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 25th day of August, 2023, a true and correct copy of the Order dated August 24, 2023, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

>FOREST HILLS SCHOOL DISTRICT
>P.O. BOX 158
>SIDMAN, PA 15955
>
>TIMOTHY E. GORDON
>WENDY A. GORDON
>1260 SEESETOWN ROAD
>SIDMAN, PA 15955

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: <u>August 25, 2023</u>

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470