|  |  |
|---|---|
|  | FILED<br>8/24/23 11:22 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  )
   Timothy E. Gordon and  )  Case No. 19-70728-JAD
   Wendy A. Gordon,  )
                     Debtors  )  Chapter 13
                           )
                                               Doc.# 118

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑    a motion to dismiss case or certificate of default requesting dismissal

❑    a plan modification sought by: _____

❑    a motion to lift stay
     as to creditor _____

☑    Other:      Notice of Mortgage Payment Change filed August 3, 2023

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

   **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑    Chapter 13 Plan dated
☑    Amended Chapter 13 Plan dated May 14, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑    Debtor's Plan payments shall be changed from $ 1,530.00 to $1,890.00, effective September 2023; and/or the Plan term shall remain at 60 months per Order of Court Confirming Plan on Final Basis dated June 22, 2021.

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve _____ on or before _____.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☑ Other: <u>The Notice of Mortgage Payment Change dated August 3, 2023 is resolved per this Order. In addition, except with respect to the increased payment and implementation of the mortgage payment change, the previously entered ORDER CONFIRMING PLAN ON FINAL BASIS at Doc 101 is incorporated herein.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 24th day of August, 2023

Jeffery A. Deller
United States Bankruptcy Judge

Stipulated by:                                    Stipulated by:

/s/ Kenneth P. Seitz, Esquire                     /s/ James C. Warmbrodt, Esquire
Counsel to Debtor                                 Counsel to Chapter 13 Trustee


Stipulated by:

_____
Counsel to affected creditor


cc: All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70728-JAD |
| Timothy E Gordon | Chapter 13 |
| Wendy A Gordon | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 24, 2023 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy E Gordon, Wendy A Gordon, 1260 Seesetown Road, Sidman, PA 15955-4714 |
| 15165710 | | Cbw Schools Fcu, 460 Locust St., Sidman, PA 15955 |
| 15500407 | + | Citigroup Mortgage Loan Trust 2022-RP2, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15192167 | + | VAK M100 Fund, LLC., 224 E. Jericho Turnpike, South Huntington, NY 11746-7304 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 24 2023 23:40:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 24 2023 23:26:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 24 2023 23:41:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15172771 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 24 2023 23:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15165711 | ^ | MEBN | Aug 24 2023 23:06:42 | FCI Lender Services, Inc., P.O. Box 27370, Anaheim, CA 92809-0112 |
| 15165712 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 24 2023 23:40:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15165713 | + | Email/Text: admin@kinum.com | Aug 24 2023 23:40:00 | Kinum, 2133 Upton Dr, Virginia Beach, VA 23454-1193 |
| 15191458 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 24 2023 23:40:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 15165714 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 24 2023 23:40:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 15177518 | + | Email/PDF: cbp@omf.com | Aug 25 2023 00:06:55 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 15165715 | + | Email/PDF: cbp@omf.com | Aug 24 2023 23:51:51 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15180211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2023 23:51:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15165716 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 24 2023 23:40:00 | Penelec, 76 S. Main Street A-RPC, Akron, OH 44308-1812 |

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: pdf900 | Total Noticed: 22 |

| 15195521 | + Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | Aug 24 2023 23:40:00 | Penelec, 101 Crawford's Corner Rd., Bldg 1, Ste 1-511, Holmdel, NJ 07733-1976 |
| 15165717 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Aug 25 2023 00:06:46 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15188634 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Aug 24 2023 23:40:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15166322 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 24 2023 23:51:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15193427 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Aug 24 2023 23:52:07 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citigroup Mortgage Loan Trust 2022-RP2 |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 15257418 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15179667 | * | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP2 bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Timothy E Gordon thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Wendy A Gordon thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Aug 24, 2023 | Form ID: pdf900 | Total Noticed: 22

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sarah Kathleen McCaffery
    on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP2 ckohn@hoflawgroup.com

TOTAL: 7